OFFICE OF DISCIPLINARY COUNSEL *v.* ZALLER.

[Cite as *Disciplinary Counsel v. Zaller* (1991), 61 Ohio St.3d 1205.]

(No. 90–452—Submitted and decided August 12, 1991.)

For earlier case, see *Disciplinary Counsel v. Zaller* (1990), 52 Ohio St.3d 227, 556 N.E.2d 523.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.